# United States District Court

_CENTRAL_ DISTRICT OF _MASS._

**03-40271**

FILED IN CLERKS OFFICE

JAMES W. BARTON

~~Plaintiff~~ PETITIONER,

v.

COMMISSIONER OF CORR., ET AL

~~Defendant~~ RESPONDENT,

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

U.S. DISTRICT
DISTRICT OF MA

CASE NUMBER:

---

I, _JAMES W. BARTON W80583_ declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the ~~complaint~~/petition/~~motion~~.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:   ☒ Yes   ☐ No   (If "No" go to Part 2)
   If "Yes" state the place of your incarceration _NCCI P.O. BOX 466, GARDNER, MASS. 01440_
   Are you employed at the institution? _NO_   Do you receive any payment from the institution? _NO_

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No
   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   ( I am in prison doing a 3-5 year sentence. As of 9/28/2001 : )

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   (Same as above)

3. In the past twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   Yes ☐   No ☒
   b. Rent payments, interest or dividends   Yes ☐   No ☒
   c. Pensions, annuities or life insurance payments   Yes ☐   No ☒
   d. Disability or workers compensation payments   Yes ☐   No ☒
   e. Gifts or inheritances   Yes ☐   No ☒
   f. Any other sources   Yes ☒   No ☐

   If the answer to any of the above is "yes" describe each source of money and state the amount received and what you expect you will continue to receive.

   My daughter sent me $150.00 for T.V. and I bought one in May of this year. Also sister and nephew sent me 10.00 each. Don't know if I'll receive anymore from them.

MASSACHUSETTS
DEPARTMENT OF CORRECTION
Inmate Transaction History
Summary Report

NCCI-GARDNER

| | | | |
|---|---|---|---|
| Inmate Name………… | BARTON, JAMES | | |
| Commitment number…. | W80583 | | |
| Period encompassed…. | 4/1/2003 | THRU | 11/1/2003 |
| Six Month Average Daily Balance | 27.08 | 0.00 | 27.08 |
| 20% of Six Month Average Daily Balance | 5.42 | | |
| Total Expenditures for Period | | | 438.25 |
| Total Income for Period | | | 305.10 |

To the best of my knowledge, the above summary information is true and accurate:

Signed _Roxanne F. Kennedy_
Roxanne F. Kennedy   Inmate Account Clerk

Time: 2:10 pm

Date: 11-6-03

Note: A copy of the inmate's account activity statement for the six month period
("Inmate Transaction History") is attached.

4

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20031103 15:21

| Commit# : | W80583 | NCCI GARDNER | Page : 1 |
|---|---|---|---|
| Name : | BARTON, JAMES, W, | Statement From 20030501 | |
| Inst : | NCCI GARDNER | To 20031101 | |
| Block : | B BUILDING 2 | | |
| Cell/Bed : | N10 /A | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Peri | $250.83 | $117.36 | $0.00 | $0.00 |
| 20030501 22:30 | CN - Canteen | 1070606 | | NOR | ~Canteen Date : 200305 | $0.00 | $0.63 | $0.00 | $0.00 |
| 20030506 23:00 | TI - Transfer from Institutio | 1080423 | | NOR | | $0.00 | $132.84 | $0.00 | $0.00 |
| 20030506 23:00 | TI - Transfer from Institutio | 1080424 | | GAR | | $132.84 | $0.00 | $0.00 | $0.00 |
| 20030509 09:22 | IS - Interest | 1108094 | | GAR | | $0.20 | $0.00 | $0.00 | $0.00 |
| 20030512 09:30 | ML - Mail | 1113830 | | NOR | ~CANTEEN REFUND FOR 5/ | $0.63 | $0.00 | $0.00 | $0.00 |
| 20030512 09:30 | TI - Transfer from Institutio | 1113832 | | GAR | ~Associate Receipt Number is 1113830 | $0.63 | $0.00 | $0.00 | $0.00 |
| 20030512 09:30 | TI - Transfer from Institutio | 1113831 | | NOR | ~Associate Receipt Number is 1113830 | $0.00 | $0.63 | $0.00 | $0.00 |
| 20030514 22:30 | CN - Canteen | 1122560 | | GAR | ~Canteen Date : 200305 | $0.00 | $47.44 | $0.00 | $0.00 |
| 20030516 10:12 | ML - Mail | 1134632 | | GAR | ~ODOM, PEARLENE, , | $150.00 | $0.00 | $0.00 | $0.00 |
| 20030519 09:54 | IC - Transfer from Inmate to Club A/c | 1136882 | | GAR | ~Appliance Order-CANTE CORP. WASH ACCOUNT - Z | $0.00 | $6.20 | $0.00 | $0.00 |
| 20030521 22:30 | CN - Canteen | 1145021 | | GAR | ~Canteen Date : 200305 | $0.00 | $43.21 | $0.00 | $0.00 |
| 20030523 11:36 | IC - Transfer from Inmate to Club A/c | 1156742 | | GAR | ~PHOTO PURCHASE 5/23/03~INMATE BENEFIT Z1 | $0.00 | $3.00 | $0.00 | $0.00 |
| 20030529 10:24 | IC - Transfer from Inmate to Club A/c | 1176588 | | GAR | ~Appliance Purchase-CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $131.62 | $0.00 | $0.00 |
| 20030604 22:30 | CN - Canteen | 1192421 | | GAR | ~Canteen Date : 200306 | $0.00 | $42.33 | $0.00 | $0.00 |
| 20030610 16:24 | IS - Interest | 1236013 | | GAR | | $0.23 | $0.00 | $0.00 | $0.00 |
| 20030618 22:31 | CN - Canteen | 1275484 | | GAR | ~Canteen Date : 200306 | $0.00 | $7.55 | $0.00 | $0.00 |
| 20030702 22:30 | CN - Canteen | 1331577 | | GAR | ~Canteen Date : 200307 | $0.00 | $2.36 | $0.00 | $0.00 |
| 20030709 16:13 | IS - Interest | 1369661 | | GAR | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20030807 15:33 | IS - Interest | 1512302 | | GAR | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20030910 07:59 | IS - Interest | 1655286 | | GAR | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20030915 14:48 | ML - Mail | 1681573 | | GAR | ~THORTON, NORMA, , | $10.00 | $0.00 | $0.00 | $0.00 |
| 20030915 14:49 | ML - Mail | 1681574 | | GAR | ~THORNTON, ROBERT, , | $10.00 | $0.00 | $0.00 | $0.00 |
| 20030917 22:30 | CN - Canteen | 1691812 | | GAR | ~Canteen Date : 200309 | $0.00 | $19.88 | $0.00 | $0.00 |
| 20031001 22:30 | CN - Canteen | 1749075 | | GAR | ~Canteen Date : 200310 | $0.00 | $0.28 | $0.00 | $0.00 |
| 20031008 17:01 | IS - Interest | 1790483 | | GAR | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20031010 10:52 | CI - Transfer from Club to Inmate A/c | 1809058 | | GAR | ~9/30/03 Canteen Refund-W80583 BARTON,JAMES W PERSONAL-KCN WASH ACCOUNT - Z5 | $0.28 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date :   20031103 15:21

| Commit# | : | W80583 | NCCI GARDNER | Page : 2 |
| --- | --- | --- | --- | --- |
| Name | : | BARTON, JAMES, W, | Statement From 20030501 | |
| Inst | : | NCCI GARDNER | To   20031101 | |
| Block | : | B BUILDING 2 | | |
| Cell/Bed | : | N10 /A | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 20031015 22:30 | CN - Canteen | 1821694 | | GAR | ~Canteen Date : 200310 | $0.00 | $0.28 | $0.00 | $0.00 |
| 20031024 15:26 | CI - Transfer from Club to Inmate A/c | 1866270 | | GAR | ~Canteen refund 10/14/03~W80583 BARTON,JAMES W PERSONAL~KCN WASH ACCOUNT - Z5 | $0.28 | $0.00 | $0.00 | $0.00 |
| | | | | | | $305.10 | $438.25 | $0.00 | $0.00 |

|  | Personal | Savings |
| --- | --- | --- |
| Balance as of ending date | $0.32 | $0.00 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
| --- | --- | --- | --- | --- | --- |
| $0.32 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |