UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAMES W. BARTON,
                Petitioner,

v.

STEVEN J. O'BRIEN, SUPERINTENDENT
                Respondent

Civil Action

No. 03-40271-NMG

### ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES

Having considered the petitioner's Application to Proceed Without Prepayment of Fees under 28 U.S.C. § 1915;

☒     In accordance with Fed. R. Civ. P. 5(e), the clerk filed the petitions on _____ and assigned the action Civil Action No. 03-40271-NMG.

### ORDERS

Based upon the foregoing, it is ORDERED:

1. May the application to proceed without prepayment of fees be GRANTED?
       Yes ☒     No ☐

2. Is it FURTHER ORDERED, in accordance with 28 U.S.C. § 1915(b)(2), that the clerk send a copy of this Order to the institution having custody of petitioner?
       Yes ☐     No ☒

3. Is it FURTHER ORDERED that the clerk process the petitions and forward them to the assigned judge for review pursuant to the Rules governing Habeas Corpus Actions?
       Yes ☒     No ☐

12/5/03
DATE

_/s/ NM Gorton_
NATHANIEL M. GORTON
UNITED STATES DISTRICT JUDGE

(ifphabe.ord 9/20/96)                   [oifphc.]