AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District MASSACHUSETTS | | |
|---|---|---|---|
| Name JAMES W. BARTON | Prisoner No. W 80583 | | Case No. 1453/2001-2004 |
| Place of Confinement NCCI P.O. BOX 466; P.GARDNER, MA 01440 | | | |
| Name of Petitioner (include name under which convicted) JAMES W. BARTON | V. | Name of Respondent (authorized person having custody of petitioner) COMMISSIONER OF CORRECTION; SUPT. NCCI @ GARDNER, MA | |
| The Attorney General of the State of: MASS. | | | |

## PETITION

1. Name and location of court which entered the judgment of conviction under attack _____
   SUPERIOR COURT - MIDDLESEX  (COURT LOST JURISDICTION G.L.Ch.263 §9)

2. Date of judgment of conviction _____ JULY 26, 2002

3. Length of sentence _____ 3-to-5 YRS; 3-to-5 YRS CONCURRENT (3 times)

4. Nature of offense involved (all counts) _____ B & E BUILDING, Poss of burglarious tool, Destruction of property and Larceny of bldg.

_____

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
   
   TRIAL COURT EXECUTED A DEFUNCT TRUE BILLS 302 DAYS AFTER
   
   ARREST; DENIAL OF PROMPT AND SPEEDY TRIAL WITHIN (6) months.

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☐        NOT APPLICABLE

7. Did you testify at the trial?
   Yes ☐ No ☐                    "       "

8. Did you appeal from the judgment of conviction?
   Yes ☐ No ☐

(2)

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

    (a) Name of court ___Not Applicable___

    (b) Result _____

    (c) Date of result and citation, if known _____

    (d) Grounds raised _____

    (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

    (1) Name of court ___"       "___

    (2) Result _____

    (3) Date of result and citation, if known ___"       "___

    (4) Grounds raised _____

    (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

    (1) Name of court ___"       "___

    (2) Result _____

    (3) Date of result and citation, if known ___"       "___

    (4) Grounds raised _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes ☒  No ☐

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court __(Middlesex) Revised + Revoked Rule 29' MR Crim P.__

    (2) Nature of proceeding __reduction of sentence__

    (3) Grounds raised __Return of Cancer, Both eyes still bad and am still asking for treatment, due to alcoholism and drugs.__

(3)

AO 241 (Rev. 5/85)

---

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐  No ☑

(5) Result _____Not Applicable_____

(6) Date of result _____

(b) As to any second petition, application or motion give the same information:

(1) Name of court _____Not Applicable_____

(2) Nature of proceeding _____

(3) Grounds raised _____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐  No ☐

(5) Result _____

(6) Date of result _____

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.     Yes ☑  No ☐
(2) Second petition, etc.   Yes ☐  No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:
_____Exhausted State Remedies in the SJC._____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.

CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

(4)

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: **PETITIONER WAS NOT LAWFULLY ARRESTED BY LAWS GOVERNING LAWFUL AREST PROCEDURES. MGL, CH.218 §35; CH.263 §4, §44.**

Supporting FACTS (state *briefly* without citing cases or law)

**COURT DID NOT HAVE CRIMINAL JURISDICTION OVER PETITIONER; TRIAL COURT DID NOT EXECUTE TRUE BILLS OF INDICTMENTS MEETING THE AUTHENTICATION REQUISITES BY LAWS, FEDERAL & STATE. TITLE 28 USCS §1738; MGL CH.212 §26.**

B. Ground two: **THE PRE-TRIAL DELAYS OF 302 DAYS VIOLATED THE 180 DAYS LIMITATIONS GUARANTEED BY THE 6TH AMEND. U.S. CONST. LAW.**

Supporting FACTS (state *briefly* without citing cases or law):

(5)

AO 241 (Rev. 5/85)

C. Ground three: __TRIAL JUDGE WAS JUDICIALLY BIAS AND ACTED IN CONTEMPT OF THE LAW__

Supporting FACTS (state *briefly* without citing cases or law):

D. Ground four __PRISON OFFICIALS NEVER RECEIVED LEGAL "COMMANDS" FROM A JUDGE OF THE TRIAL COURT TO COMMIT AND HOLD ME.__

Supporting FACTS (state *briefly* without citing cases or law):

__THE TRIAL JUDGE NEVER PERSONALLY SIGNED AN ORDER/WARRANT WHICH THE PRISON COULD ARREST AND DETAIN ME.__

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them:

   __NOT APPLICABLE__

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
    Yes ☐   No ☑

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing __ATTORNEY JOHN OSLER 189 CAMBRIDGE ST. CAMBRIDGE , MASS. 02141__

    (b) At arraignment and plea

(6)

(date)

*James W. Barton*
Signature of Petitioner

**44**
**Rv. 12/96**

# CIVIL COVER SHEET

**03-40271-NMG**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I) PLAINTIFFS** ~~PLAINTIFFS~~ (PETITIONER)

JAMES W. BARTON

**DEFENDANTS** ~~DEFENDANTS~~ (RESPONDENTS)

COMMISSIONER, MASS. DEPT. OF CORR.
SUPT. NCCI @ gardner, mass.

FILED IN CLERK'S OFFICE
2003 NOV 28 A 11: 09
U.S. DISTRICT COURT
DISTRICT OF MASS.

**COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** _____
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**ATTORNEYS** (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

JAMES W. BARTON
NCCI P.O. BOX 466
GARDNER, MA 01440

**ATTORNEYS** (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ U.S. Government Plaintiff
- ☒ Federal Question (U.S. Government Not a Party)
- ☐ U.S. Government Defendant
- ☐ Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 690 Other | **LABOR** | ☐ 850 Securities/Commodities/Exchange |
| ☐ Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability |  | ☐ 710 Fair Labor Standards Act | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ Other Contract | ☐ 360 Other Personal Injury |  | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ Contract Product Liability | **PERSONAL INJURY** |  | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | ☐ 362 Personal Injury — Med. Malpractice | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| ☐ Land Condemnation | ☐ 365 Personal Injury — Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ Foreclosure | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| ☐ Rent Lease & Ejectment | **PERSONAL PROPERTY** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ Torts to Land | ☐ 370 Other Fraud | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 950 Constitutionality of State Statutes |
| ☐ Tort Product Liability | ☐ 371 Truth in Lending |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 890 Other Statutory Actions |
| ☐ All Other Real Property | ☐ 380 Other Personal Property Damage | **CIVIL RIGHTS** | ☐ 871 IRS — Third Party 26 USC 7609 |  |
|  | ☐ 385 Property Damage Product Liability | ☐ 441 Voting |  |  |
|  | **CIVIL RIGHTS** | ☐ 442 Employment |  |  |
|  |  | ☐ 443 Housing/Accommodations |  |  |
|  | **PRISONER PETITIONS** | ☐ 444 Welfare |  |  |
|  | ☒ 510 Motions to Vacate Sentence HABEAS CORPUS: | ☐ 440 Other Civil Rights |  |  |
|  | ☐ 530 General |  |  |  |
|  | ☐ 535 Death Penalty |  |  |  |
|  | ☐ 540 Mandamus & Other |  |  |  |
|  | ☐ 550 Civil Rights |  |  |  |
|  | ☐ 555 Prison Condition |  |  |  |

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

TITLE 28 §§2241-2254 (STATE REMEDIES)
PETITION FOR WRIT OF HABEAS CORPUS OF A STATE PRISONER WHO IS exhausted
HELD IN FALSE IMPRISONMENT AND SUFFERING ILLNESS OF CANCER

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint
JURY DEMAND: ☐ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):

none    JUDGE _____    DOCKET NUMBER _____

DATE _____
SIGNATURE OF ATTORNEY OF RECORD
*James W. Barton*    *Pro Se*

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

/

**03-40271**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY)
   JAMES W. BARTON (PETITIONER) vs. COMMR. DEPT. OF CORR. etc.

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LIST ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1))

   ___ I.    160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT

   ___ II.   195, 368, 400, 440, 441-444, 540, 550, 625, 710, 720, 730, 740, 790, 791, 820, 830, 840, 850, 890, 892-894, 895, 950.

   ___ III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.

   ✓ IV.     220, 422, 423, 430, 460, (510), 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.

   ___ V.    150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(E)) __none__

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT? __no__

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? __no__
   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY? (SEE 28 USC 2403) __no__

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC 2284? __no__

7. DO ALL PARTIES IN THIS ACTION RESIDE IN THE CENTRAL SECTION OF THE DISTRICT OF MASSACHUSETTS (WORCESTER COUNTY)? (SEE LOCAL RULE 40.1(C)) YES ✓ OR IN THE WESTERN SECTION (BERKSHIRE, FRANKLIN, HAMPDEN OR HAMPSHIRE COUNTIES)? (SEE LOCAL RULE 40.1(D)) YES ___ __no__

8. DO ALL OF THE PARTIES RESIDING IN MASSACHUSETTS RESIDE IN THE CENTRAL AND/OR WESTERN SECTIONS OF THE DISTRICT? YES __Worcester County__
   (a) IF YES, IN WHICH SECTION DOES THE PLAINTIFF RESIDE? __Worcester - Gardner__

9. IN WHICH SECTION DO THE ONLY PARTIES RESIDING IN MASSACHUSETTS RESIDE? __Central__

10. IF ANY OF THE PARTIES ARE THE UNITED STATES, COMMONWEALTH OF MASSACHUSETTS, OR ANY GOVERNMENTAL AGENCY OF THE U.S.A. OR THE COMMONWEALTH, DO ALL OTHER PARTIES RESIDE IN THE CENTRAL SECTION ✓ OR WESTERN SECTION _____

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME   JAMES W. BARTON
ADDRESS   NCCI P.O. BOX 466; GARDNER, MA 01440
TELEPHONE NO. _____

(COVER.SHT-08/90)