UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES W. BARTON,<br>    Petitioner,<br><br>v.<br><br>STEVEN J. O'BRIEN,<br>    Respondent. | Civil Action No. 03-40271-NMG |

**NOTICE OF APPEARANCE**

Undersigned counsel hereby enters his appearance as counsel of record for Steven J. O'Brien, respondent in the above titled action.

                                Respectfully submitted,

                                THOMAS F. REILLY
                              ATTORNEY GENERAL

                              /s/ David M. Lieber
                              David M. Lieber (BBO# 653841)
                              Assistant Attorney General
                              Criminal Bureau
                              One Ashburton Place
                              Boston, Massachusetts  02108
                              (617) 727-2200 ext.2827

                              ATTORNEYS FOR RESPONDENT

Dated: December 22, 2003