## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 03-cv-40271

Charles Barton

v.

Commissioner of Massachusetts Department of Correction

### CLERK'S CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) NOA & electronic order #4 are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 1/23/04 .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 27, 2004.

Tony Anastas, Clerk of Court

By: _/s/ Jeanette Ramos_
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: __1/29/04__.

_/s/ George Kreta_
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: __04 - 1144__

[cv: apprec.] [cr: kapprec.]