# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number: 04-1148

USDC Docket Number: 03-cv-40271

Jameas W. Barton

v.

Steven J. O'Brien

## CLERK'S SUPPLEMENTAL CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered 1-4,7 are original pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on February 3, 2004.

Tony Anastas, Clerk of Court

By _/s/ Jeanette Ramos_

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 2/3/04.

_/s/ Burchard_

Deputy Clerk, US Court of Appeals

[cv: supplapprec.] [cr: ksupplapprec.]