# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number: 04-1148

USDC Docket Number: 03-cv-40271

James W. Barton

v.

Steven J. O'Brien

## CLERK'S SUPPLEMENTAL CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered 15 are original pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on February 17, 2004.

Tony Anastas, Clerk of Court

By: /s/ Jeanette Ramos

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 2/18/04

/s/ Burchard

Deputy Clerk, US Court of Appeals

[cv: supplapprec.] [cr: ksupplapprec.]