UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**James Barton,**
        **Petitioner,**

**V.**

**Steven O'Brien,**
        **Respondent,**

**CIVIL ACTION**

**NO. 03-40271-FDS**

## ORDER OF DISMISSAL

**Saylor, D. J.**

In accordance with the Court's allowance of the motion to dismiss on  12/20/04 , it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

12/20/04
Date

/s/ Martin Castles
Deputy Clerk

(Dismendo.ord - 09/92)  [odism.]